1

2
                                                        The Honorable Robert S. Lasnik

3

4

5

6

7                          UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
8                                     AT SEATTLE

9

10   BIOMEDINO, LLC,

                                    Plaintiff,          No. CV05-0042L
11

12          v.                                          **PRAECIPE TO JOINT MOTION
                                                        AND [PROPOSED] ORDER
13   WATERS CORPORATION, GENERAL                        APPOINTING PROFESSOR
     ELECTRIC COMPANY, d/b/a GE                         EMERITUS KENNETH WALSH AS
     HEALTHCARE, and AGILENT                            TECHNICAL ADVISOR TO THE
14   TECHNOLOGIES, INCORPORATED,                        COURT**

15                                  Defendants.

16

17          Attached hereto is Exhibit A to the parties' Joint Motion And [Proposed] Order

18   Appointing Professor Emeritus Kenneth Walsh As Technical Advisor To The Court.  This

19   exhibit is the curriculum vitae of Professor Walsh, which was inadvertently omitted from the

20   original electronic filing dated May 20, 2005.

21
     Respectfully presented by:
22

23      David A. Linehan                      Holly Barnes ( by David Linehan )
                                                            with approval
24   Helen Bergman Moure, WSBA# 26100         Edward W. Goldstein
     David A. Linehan, WSBA# 34281            Holly H. Barnes
25   PRESTON GATES & ELLIS LLP                Alisa A. Lipski
     925 Fourth Ave., Suite 2900             Katherine L. Sunstrom
26   Seattle, WA 98104                        GOLDSTEIN & FAUCETT LLP

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1   Tel:  (206) 623-7580
    Fax:  (206) 370-6109
2
                                                    1177 West Loop South
3   Attorneys for Defendants                        Suite 400
                                                    Houston, TX  77027
    Lawrence J. Gotts                               (713) 877-1515 – Telephone
4   Aslan Baghdadi                                  (713) 877-1145 – Facsimile
    June Cohan
5   SHAW PITTMAN LLP                                Robert B. Gould
    1650 Tysons Boulevard                           Pacific Pointe Building
6   14th Floor                                      2110 North Pacific Street, Suite 100
    McLean, Virginia  22102-4859                    Seattle, Washington 98103
7   Tel:  703-770-7608                              (206) 633-4442 – Telephone
    Fax:  703-770-7901                              (206) 633-4443 – Facsimile
8
    Attorneys for Defendant
9   Waters Corporation                              Attorneys for Plaintiff
                                                    Biomedino, LLC
10
    Matthew M. Wolf                                 James Geriak
11  HOWREY SIMON ARNOLD & WHITE, LLP                ORRICK, HERRINGTON & SUTCLIFFE
    1299 Pennsylvania Avenue NW                     4 Park Plaza, Suite 1600
12  Washington, D.C. 20004-2407                     Irvine, CA 92614-2558
    Tel:  202-383-0800                              (949) 852-7720 – Telephone
13  Fax:  202-383-6610                              (949) 567-6710 – Facsimile

14  Wallace Wu                                      Attorneys for Defendant
    HOWREY SIMON ARNOLD & WHITE LLP                 Agilent Technologies, Inc.
15  550 South Hope Street, Suite 1400
    Los Angeles, CA 90071
16  Tel:  213-892-1800
    Tel:  213-892-2300
17
    Attorneys for Defendant
18  General Electric Company

19

20

21

22

23

24

25

26

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# *Biomedino, LLC v. Waters Corp., et al*, Case No. CV05-0042L

# EXHIBIT A

## TO JOINT MOTION AND [PROPOSED] ORDER APPOINTING PROFESSOR EMERITUS KENNETH WALSH AS TECHNICAL ADVISOR TO THE COURT

CURRICULUM VITAE

**Kenneth A. Walsh**
Emeritus Professor of Biochemistry
Department of Biochemistry, (Box 35-7350)
University of Washington
Seattle, Washington 98195
Telephone:  (206) 522-2748
FAX  (206) 685-1792
Email : walsh55@comcast.net

**Consulting (Home) Address**: 4550 – 51 Ave NE, Seattle  WA  98105

## PERSONAL DATA

Born:    August 7, 1931, Sherbrooke, Quebec, Canada
         (U.S. Immigrant, 1958; Naturalized September 1977)
Married:  with three children

## EDUCATION

1947 – 1951   McGill University, Montreal, B.Sc.(Agr.), 1951
1951 – 1953   Purdue University, W. Lafayette, IN, M.S.(Biochemistry), 1953
1955 – 1959   University of Toronto, Ph.D. (Biochemistry), 1959

## POSITIONS HELD

1959 – 1962   Research Instructor, Dept. Biochemistry, Univ.
              Washington, Seattle, WA
1962 – 1965   Assistant Professor of Biochemistry, Univ. Washington
1965 – 1969   Associate Professor of Biochemistry, Univ. Washington
1969 – 2000   Professor of Biochemistry, University Washington
1990 – 1992   Acting Chair of Biochemistry, University Washington
1992 – 2000   Chair of Biochemistry, University of Washington
2000 –        Emeritus Professor of Biochemistry, Univ. Washington

## NON-ACADEMIC

1953 – 1955   Natl. Research Council of Canada, Ottawa; Jr. Research Officer

## MEMBERSHIP IN PROFESSIONAL SOCIETIES

American Society of Biochemists & Molecular Biologists, 1967-
The Protein Society, 1986-1997
The Protein Society, Secretary/treasurer 1987-1990
Association of Biomedical Resource Facilities, 1992-2000
American Assn. Adv. Science, 1997-

## SERVICE ON ADVISORY COMMITTEES

August, 1969     NIH (NIAMD) Program Project site visit (Portland)
1975-1978        Member, Scientific Review Committee, Center for Research
                     in Oral Biology (NIDR), Univ. Washington,(Seattle)
February, 1976   NHLI Consultant at Workshop on Proteases and
                     Anti-proteases in Lung Disease (Airlie, Virginia)
February, 1977   NHLI Program Project site visit (Philadelphia)
June, 1977       NIH Study Section on Physiological Chem. (Washington, DC)
February, 1978   NHLBI Project site visit (Chicago)
June, 1978       NHLBI Project site visit (Chicago)
1978-1982        NIH Study Section on Physiological Chem. (Washington,DC)
1980-1982        Chairman, Physiological Chemistry Study Section, NIH
August, 1981     Special study section site visit, DRG (Pasadena)

| | |
|---|---|
| April, 1983 | NIH BRS, special study section (San Diego) |
| July, 1983 | Study section site visit (San Francisco) |
| August, 1983 | NIH BRS, special study section (Seattle) |
| October, 1983 | American Heart Association review group (Orcas Island) |
| 1984-1986 | Chairman, Scientific Program Comm., 6th Int'l Conf. on Methods in Protein Sequence Analysis (Seattle) |
| 1985-2000 | Nat'l Advisory Comm. for Mass Spect. Facility (U.C.S.F.) |
| June, 1985 | Physiological Chemistry Study Section (Washington, DC ) |
| June, 1985 | Member, Advisory Committee, the Protein Society |
| 1986-88 | Member, Committee to review Dept. Chemistry (Univ. Wash.) |
| 1987-1994 | Member, Advisory Committee on Protein Identification Resource (Washington, DC) |
| June, 1987 | NIH BRS, special study section (San Diego) |
| 1987-1990 | Secretary/treasurer, The Protein Society |
| March, 1988 | MRC, Project site visit (Montreal) |
| August 1988 | Symposium Director, The Protein Society, (San Diego) |
| July 1989 | Local Organizer, Protein Society Symposium (Seattle) |
| 1990-2000 | Member, Executive Comm., Med. Schl., Univ. Washington |
| 1989-1990 | Member, Committee to review Dept Pharmacology |
| 1991-1994 | Member, Medical School Council on Academic Affairs |
| Febr. 1991 | Special Study Section Site Visit (Palo Alto) |
| 1992 | Member, Search Comm. For Chair of Pathology |
| 1993-95 | Member Med. Schl. Appointments & Promotions Comm. |
| 1994-1997 | Member, Committee on Issues of Women Faculty |
| 1994 | Chair, Search Comm. for Chair of Comparative Medicine |
| 1995 | Member, Comm. to Review Chair of Physiology/Biophysics |
| 1995-1997 | Chair, Med. Schl. Appointments & Promotions Council |
| 1996-1997 | Member, Search Comm. for Chair of Bioengineering |
| Nov., 1997 | Advisory Comm. Pacific NW Natl. Lab., Richland, WA |
| 1997-98 | Member Comm. to review Med. Schl. Research Training Program |
| July, 1998 | NIH, Site review (P41), Bethesda |
| 1998 | Co-Chair, Search Comm. for Chair of Biomedical History/Ethics |
| 1998-1999 | Member, Med. Schl. Curriculum Review Committee |
| July, 1999 | NIH Review of Shared Instrumentation Grants, Rockville |
| Nov., 2000 | NIH Review of Shared Instrumentation Grants, Bethesda |

**Consultant Activities**

| | |
|---|---|
| 1985-1987 | Consultant, Amgen Corp., Thousand Oaks, CA |
| 1988-2000 | Consultant, Zymogenetics Corp., Seattle, WA |
| 1990-1991 | Research Advisory Board, Rainier Medical Imaging Ctr., Bellevue, WA |
| 1991-1995 | Scientific Advisory Brd., Cytran inc., Kirkland, WA |
| 1994-1996 | Consultant, Bainbridge Sciences Inc., Redmond, WA |
| 1994-1996 | Consultant, Finnegan, Henderson, et al, Washington, DC |
| 1995-2001 | Scient. Advisory Brd, Biomolecular Technologies, Inc.,Palo Alto,CA |
| 2003 | Expert Witness, Greenberg/Traurig LLP, New York, NY |
| 2004 | Consultant, Browdy/Neimark PLLC, Washington DC |

**Honors**

| | |
|---|---|
| 1987 | First elected Secr./Treas. Of the Protein Society |
| 1993-2000 | Appointed Davie/Zymogenetics Chair, Medical Schl. Univ.Washington |
| 1997 | Blandau Award, Outstanding teacher, 1st yr. Med students |
| 2000 | Blandau Award, Outstanding teacher, 1st yr. Med students |
| 2000 | Granted Emeritus status by the University of Washington |
| 2002 | Received Pehr Edman Award from MPSA in Valencia, Spain |

Kenneth A. Walsh
Page 3

## PUBLICATIONS

1.  K. A. Walsh and S. M. Hauge.  Carotene:  Factors Affecting Destruction in Alfalfa.  J. Agricultural and Food Chem. $\underline{1}$, 1001 (1953).

2.  K. A. Walsh and D. Rose.  Factors Affecting the Oxidation of Nitric Oxide Myoglobin.  J. Agricultural and Food Chem. $\underline{4}$, 332 (1956).

3.  J. R. Brown, D. J. Cox, R. M. Greenshields, K. A. Walsh, M. Yamasaki and H. Neurath.  The Chemical Structure and Enzymatic Functions of Bovine Procarboxypeptidase A.  Proc. Natl. Acad. Sci. USA $\underline{47}$ No. 10, 1554 (1961).

4.  K. A. Walsh and J. R. Brown.  Internal Standards for Amino Acid Analyses.  Biochim. Biophys. Acta $\underline{58}$, 596 (1962).

5.  K. A. Walsh, K. S. V. Sampath Kumar, J.-P. Bargetzi and H. Neurath.  Approaches to the Selective Chemical Labeling of the ACtive Site of Carboxypeptidase A.  Proc. Natl. Acad. Sci. USA $\underline{48}$, 1443 (1962).

6.  K. A. Walsh, D. Kauffman and H. Neurath.  The Amino Terminal Sequence of Trypsinogen.  Biochemistry $\underline{1}$, 893 (1962).

7.  K. A. Walsh, D. L. Kauffman and H. Neurath.  Peptides Isolated from Tryptic and Chymotryptic Hydrolysates of S-Sulfo-Trypsinogen.  Biochim. Biophys. Acta $\underline{65}$, 540 (1962).

8.  K. S. V. Sampath Kumar, K. A. Walsh, J.-P. Bargetzi and H. Neurath.  Identification and Sequence of Amino Acid Residues Around the Thiol of the Active Site of Carboxypeptidase A.  In "Aspects of Protein Structure," pp. 319-335, ed. by G. M. Ramachandran, Academic Press, London (1963).

9.  J.-P. Bargetzi, K. A. Walsh, D. J. Cox, K. S. V. Sampath Kumar and H. Neurath.  Amino Acid Composition of Bovine Carboxypeptidase A.  Biochemistry $\underline{2}$, 1468 (1963).

10.  D. J. Cox, F. C. Bovard, J.-P. Bargetzi, K. A. Walsh and H. Neurath.  Procedures for the Isolation of Crystalline Bovine Pancreatic Carboxypeptidase A.  II.  Isolation of Carboxypeptides A$_{alpha}$ from Procarboxypeptidase A.  Biochemistry $\underline{3}$, 44 (1964).

11.  K. S. V. Sampath Kumar, K. A. Walsh, J.-P. Bargetzi and H. Neurath.  Chemical Relationships Among Various Forms of Bovine Pancreatic Carboxypeptidase A.  Biochemistry $\underline{2}$, 1475 (1964).

12.  K. A. Walsh, D. L. Kauffman, K. S. V. Sampath Kumar and H. Neurath.  On the Structure and Function of Bovine Trypsinogen and Trypsin.  Proc. Natl. Acad. Sci. USA $\underline{51}$, 301 (1964).

13.  W. McClure, H. Neurath and K. A. Walsh.  The Reaction of Carboxypeptidase with Hippuryl-DL-ß-Phenyllactate.  Biochemistry $\underline{3}$, 1907 (1964).

Kenneth A. Walsh
Page 4

14. J.-P. Bargetzi, E. O. P. Thompson, K. S. V. Sampath Kumar, K. A. Walsh and H. Neurath. Amino And Carboxyl Terminal Residues and the Self Digestion of Bovine Pancreatic Carboxypeptidase A. J. Biol. Chem. 239, 3767 (1964).

15. K. S. V. Sampath Kumar, K. A. Walsh and H. Neurath. Chemical Characterization of Bovine Carboxypeptidase A Isolated from a Single Pancreas. Biochemistry 3, 1726 (1964).

16. K. S. V. Sampath Kumar, J. Clegg and K. A. Walsh. The N-Terminal Sequence of Bovine Carboxypeptidase A and Its Relation to Zymogen Activation. Biochemistry 3, 1728 (1964).

17. K. A. Walsh and H. Neurath. Trypsinogen and Chymotrypsinogen as Homologous Proteins. Proc. Natl. Acad. Sci. USA 52, 884 (1964).

18. K. A. Walsh, L. H. Ericsson and H. Neurath. Bovine Carboxypeptidase A Variants Resulting from Allelomorphism. Proc. Natl. Acad. Sci. USA 56, 1339 (1966).

19. L. L. Houston and K. A. Walsh. A Partially Active Trypsin Induced by Limited Acetylation. Biochem. Biophys. Res. Commun. 25, 175 (1966).

20. J. H. Freisheim, K. A. Walsh and H. Neurath. The Activation of Bovine Procarboxypeptidase A. I. Isolation and Properties of the Succinylated Enzyme Precursor. Biochemistry 6, 3010 (1967).

21. J. H. Freisheim, K. A. Walsh and H. Neurath. The Activation of Bovine Procarboxypeptidase A. II. Mechanism of Activation of the Succinylated Enzyme Precursor. Biochemistry 6, 3020 (1967).

22. H. Neurath, K. A. Walsh and W. P. Winter. Evolution of Structure and Function of Proteases. Science 158, 1638 (1967).

23. T. M. Radhakrishnan, K. A. Walsh and H. Neurath. Relief by Modification of Carboxylate Groups of the Calcium Requirements for the Activation of Trypsinogen. J. Am. Chem. Soc. 89, 3059 (1967).

24. H. Neurath, R. A. Bradshaw, L. H. Ericsson, D. R. Babin, P. H. Petra and K. A. Walsh. Current Status of the Chemical Structure of Bovine Pancreatic Carboxypeptidase A. Brookhaven Symp. Biol. 21, 1 (1968).

25. R. A. Kenner, K. A. Walsh and H. Neurath. The Reaction of Tyrosyl Residues of Bovine Trypsin and Trypsinogen with Tetranitromethane. Biochem. Biophys. Res. Commun. 33, 353 (1968).

26. W. P. Winter, K. A. Walsh and H. Neurath. Homology as Applied to Proteins. Science 162, 1433 (1968).

27. T. M. Radhakrishnan., S. F. Russo, K. A. Walsh and H. Neurath. The Inhibition of Trypsinogen Activation by Low Concentrations of Urea. Arch. Biochem. Biophys. 130, 326 (1969).

Kenneth A. Walsh
Page 5

28.  R. Haynes and K. A. Walsh.  Enzyme Envelopes on Colloidal Particles.
     Biochem. Biophys. Res. Commun. 36, 235 (1969).

29.  R. A. Bradshaw, D. R. Babin, M. Nomoto, N. G. Srinivasin, L. H.
     Ericsson, K. A. Walsh and H. Neurath.  The Amino Acid Sequence of Bovine
     Carboxypeptidase A.  II.  Tryptic and Chymotryptic Peptides of the
     Cyanogen Bromide Fragment FIII.  Biochemistry 8, 3859 (1969).

30.  R. A. Bradshaw, H. Neurath and K. A. Walsh.  Considerations of the
     Concept of Structural Homology as Applied to Bovine Carboxypeptidases A
     and B.  Proc. Natl. Acad. Sci. USA 63, 406 (1969).

31.  R. R. Granberg, K. A. Walsh and R. A. Bradshaw.  Increased Output and
     Accelerated Analysis Time with the Automatic Amino Acid Analyzer.  Anal.
     Biochem. 30, 454 (1969).

32.  T. M. Radhakrishnan, K. A. Walsh and H. Neurath.  The Promotion of
     Activation of Bovine Trypsinogen by Specific Modification of Aspartyl
     Residues.  Biochemistry 8, 4020 (1969).

33.  R. A. Bradshaw, L. H. Ericsson, K. A. Walsh and H. Neurath.  The Amino
     Acid Sequence of Bovine Carboxypeptidase A.  Proc. Natl. Acad. Sci. USA
     63, 1389 (1969).

34.  L. L. Houston and K. A. Walsh.  The Transient Inactivation of Trypsin by
     Mild Acetylation of N-Acetylimidazole.  Biochemistry 9, 156 (1970).

35.  P. H. Petra, R. A. Bradshaw, K. A. Walsh and H. Neurath.  Identification
     of the Amino Acid Replacements Characterizing the Allotypic Forms of
     Bovine Carboxypeptidase A.  Biochemistry 8, 2762 (1969).

36.  K. A. Walsh, L. H. Ericsson, R. A. Bradshaw and H. Neurath.  Chemical
     Evidence of a Disulfide Bond in Bovine Carboxypeptidase A.  Biochemistry
     9, 219 (1970).

37.  H. Neurath, R. A. Bradshaw, P. H. Petra, K. A. Walsh.  III.
     Carboxypeptidase.  Bovine Carboxypeptidase A-Activation, Chemical
     Structure and Molecular Heterogeneity.  Phil. Trans. Roy. Soc. Lond.
     B257, 159 (1970).

38.  M. M. Sanders, K. A. Walsh and R. Arnon.  Immunological Cross-Reaction
     between Trypsin and Chymotrypsin as a Guide to Structural Homology.
     Biochemistry 9, 2356 (1970).

39.  R. A. Bradshaw, H. Neurath, R. W. Tye, K. A. Walsh and W. P. Winter.
     Comparison of the Partial Amino Acid Sequence of Dogfish Trypsinogen
     with Bovine Trypsinogen.  Nature 226, 237 (1970).

40.  K. A. Walsh, R. M. McDonald and R. A. Bradshaw.  Automatic Systems for
     Detecting Cystine and Cystinyl Peptides During Column Chromatography.
     Anal. Biochem. 35, 193 (1970).

41.  K. A. Walsh, L. L. Houston and R. A. Kenner.  Chemical Modifications of
     Bovine Trypsinogen and Trypsin.  Eds. P. Desnuelle, H. Neurath and M.

Kenneth A. Walsh
Page 6

Ottesen in "Structure-Function Relationship of Proteolytic Enzymes,"
published by Munksgaard, Copenhagen, Denmark, p. 56 (1970).

42. K. A. Walsh and P. E. Wilcox.  Serine Proteases.  In "Methods in
Enzymology".  XIX, p. 31, ed. by Perlman and Lorand, Academic Press, New
York (1970).

43. K. A. Walsh.  Trypsinogens and Trypsins of Various Species.  In "Methods
in Enzymology," XIX, p. 41, ed. by Perlman and Lorand, Academic Press,
New York (1970).

44. R. A. Bradshaw, K. A. Walsh and H. Neurath.  Amino Acid Sequence of
Bovine Carboxypeptidase A.  Isolation and Characterization of Selected
Peptic and Nagarse Peptides and the Complete Sequence of Fragment $F_1$.
Bipochemistry $\underline{10}$, 961 (1971).

45. R. A. Bradshaw, K. A. Walsh and H. Neurath.  Amino Acid Sequence of
Bovine Carboxypeptidase A.  Isolation and Characterization in the
Thermolytic Peptides of the Cyanogen Bromide Fragment $F_1$.  Biochemistry
$\underline{10}$, 951 (1971).

46. R. A. Bradshaw, K. A. Walsh and H. Neurath.  Amino Acid Sequence of
Bovine Carboxypeptidase A.  Typtic and Chymotryptic Peptides of the
Cyanogen Bromide Fragment $F_1$.  Biochemistry $\underline{10}$, 938 (1971).

47. M. A. Hermodson, R. W. Tye, G. R. Reeck, H. Neurath and K. A. Walsh.
Comparison of the Amino Terminal Sequences of Bovine, Dogfish and
Lungfish Trypsinogens.  FEBS Lett. $\underline{14}$, 222 (1971).

48. G. R. Reeck, K. A. Walsh,  M. A. Hermodson and H. Neurath.  New Forms of
Bovine Carboxypeptidase B and Their Homologous Relationships to
Carboxypeptidase A.  Proc. Natl. Acad. Sci. USA $\underline{68}$, 1226 (1971).

49. N. Robinson, R. W. Tye, H. Neurath and K. A. Walsh.  Isolation of
Trypsins by Affinity Chromatography.  Biochemistry $\underline{10}$, 2743 (1971).

50. P. H. Petra, M. A. Hermodson, K. A. Walsh and H. Neurath.
Characterization of Bovine Carboxypeptidase A (Allan).  Biochemistry $\underline{10}$,
4023 (1971).

51. G. R. Reeck, K. A. Walsh and H. Neurath.  Isolation and Characterization
of Carboxypeptidases A and B from Activated Pancreatic Juice.
Biochemistry $\underline{10}$, 4690 (1971).

52. M. A. Hermodson, L. H. Ericsson, K. Titani, H. Neurath and K. A. Walsh.
The Application of Sequenator Analyses to the Study of Proteins.
Biochemistry $\underline{11}$, 4493 (1972).

53. K. Titani, M. A. Hermodson, L. H. Ericsson, K. A. Walsh and H. Neurath.
The Amino Acid Sequence of Thermolysin.  Nature NB $\underline{238}$, 35 (1972).

Kenneth A. Walsh
Page 7

54. B. W. Matthews, P. M. Coleman, J. M. Jansonius, K. Titani, K. A. Walsh and H. Neurath. The Structure of Thermolysin. Nature NB 238, 41 (1972).

55. K. Titani, M. A. Hermodson, L. H. Ericsson, K. A. Walsh and H. Neurath. Amino Acid Sequence of Thermolysin. I. Isolation and Characterization of the Fragments Obtained by Cleavage with CNBr. Biochemistry 11, 2427 (1972).

56. M. A. Hermodson, R. W. Kuhn, K. A. Walsh, H. Neurath, N. Eriksen and E. P. Benditt. The Amino Acid Sequence of Monkey Amyloid Protein A. Biochemistry 11, 2934 (1972).

57. K. Titani, M. A. Hermodson, K. Fujikawa, L. H. Ericsson, K. A. Walsh, H. Neurath and E. W. Davie. Bovine Factor $X_{Ia}$ (Activated Stuart Factor): Evidence of Homology with Mammalian Serine Proteases. Biochemistry 11, 4899 (1972).

58. K. A. Walsh. Probing Biological Function and Tracing Molecular Evolution by Automated Sequence Analysis. In "Fractions," Beckman Instruments, Inc., Number 2, p. 1 (1972).

59. N. C. Robinson, H. Neurath and K. A. Walsh. Preparation and Characterization of epsilon-guanidinated Trypsin. Biochemistry 12, 414 (1973).

60. N. C. Robinson, H. Neurath and K. A. Walsh. Relation of the alpha-amino Group of Trypsin to Enzyme Function and Zymogen Activation. Biochemistry 12, 420 (1973).

61. P. H. Morgan, N. C. Robinson, K. A. Walsh and H. Neurath. Inactivation of Bovine Trypsinogen and Chymotrypsinogen by DFP. Proc. Natl. Acad. Sci. USA 69, 3312 (1972).

62. M. A. Hermodson, L. H. Ericsson, H. Neurath and K. A. Walsh. Determination of the Amino Acid Sequence of Porcine Trypsin by Sequenator Analysis. Biochemistry 12, 3146 (1973).

63. H. Neurath, K. A. Walsh and A. Gertler. Initiation of Physiological Functions by Limited Proteolysis. Proc. 3rd Int. Symp. on Metabolic Interconversion of Enzymes, Seattle, June 1973, p. 301.

64. M. K. Pangburn, Y. Burstein, P. H. Morgan, K. A. Walsh and H. Neurath. Affinity Chromatography of Thermolysin and of Neutral Protease from B. subtilis. Biochem. Biophys. Res. Commun. 54, 371 (1973).

65. K. A. Walsh, Y. Burstein and M. K. Pangburn. Affinity Chromatography of Thermolysin and Other Neutral Metalloendopeptidases. Methods Enzymol. 34, 435 (1974).

66. Y. Burstein, K. A. Walsh and H. Neurath. Evidence of an Essential Histidine Residue in Thermolysin. Biochemistry 13, 205 (1974).

67.  A. Gertler, K. A. Walsh and H. Neurath. Catalysis by Chymotrypsinogen:
     Increased Reactivity Due to Oxidation of Met 192. FEBS Lett. $\underline{8}$, 157
     (1974).

68.  P. H. Morgan, K. A. Walsh and H. Neurath. Inactivation of Trypsinogen
     by Methane Sulfonyl Fluoride. FEBS Lett. $\underline{41}$, 108 (1974).

69.  A. Gertler, K. A. Walsh and H. Neurath. Catalysis by Chymotrypsinogen.
     Demonstration of an Acyl-zymogen Intermediate. Biochemistry $\underline{13}$, 1302
     (1974).

70.  D. L. Enfield, L. H. Ericsson, K. Fujikawa, K. Titani, K. A. Walsh and
     H. Neurath. Bovine Factor IX (Christmas Factor). Further Evidence of
     Homology with Factor X (Stuart Factor) and Prothrombin. FEBS Lett. $\underline{47}$,
     132 (1974).

71.  D. L. Enfield, L. H. Ericsson, K. A. Walsh. H. Neurath and K. Titani.
     Bovine Factor $X_1$ (Stuart Factor). Primary Structure of the Light Chain.
     Proc. Natl. Acad. Sci. USA $\underline{72}$, 16 (1974).

72.  R. W. Kuhn, K. A. Walsh and H. Neurath. Isolation and Partial
     Characterization of an Acid Carboxypeptidase from Yeast. Biochemistry
     $\underline{13}$, 3871 (1974).

73.  K. Titani, L. H. Ericsson, H. Neurath and K. A. Walsh. Amino Acid
     Sequence of Dogfish Trypsin. Biochemistry $\underline{14}$, 1358 (1975).

74.  K. Titani, P. Cohen, K. A. Walsh and H. Neurath. Amino-terminal
     Sequence of Rabbit Muscle Phosphorylase. FEBS Lett. $\underline{55}$, 120 (1975).

75.  K. Titani, L. H. Ericsson, K. A. Walsh and H. Neurath. Amino Acid
     Sequence of Bovine Carboxypeptidase B. Proc. Natl. Acad. Sci. USA $\underline{72}$,
     1666 (1975).

76.  K. A. Walsh. Unifying Concepts Among Proteases. Cold Spring Harbor
     Symp. Cell Proliferation $\underline{2}$, 1 (1975).

77.  M. A. Kerr, K. A. Walsh and H. Neurath. Catalysis by Serine Proteases
     and Their Zymogens - A Study of Acyl Intermediates by Circular
     Dichroism. Biochemistry $\underline{14}$, 5088 (1975).

78.  K. Titani, K. Fujikawa, D. L. Enfield, L. H. Ericsson, K. A. Walsh and
     H. Neurath. Bovine Factor $X_1$ (Stuart Factor). Amino Acid Sequence of
     the Heavy Chain. Proc. Natl. Acad. Sci. USA $\underline{72}$, 3082 (1975).

79.  M. K. Pangburn and K. A. Walsh. Thermolysin and Neutral Protease:
     Mechanistic Considerations. Biochemistry $\underline{14}$, 4050 (1975).

80.  E. J. B. Fodor, H. Ako and K. A. Walsh. Isolation of a Protease from
     Sea Urchin Eggs Before and After Fertilization. Biochemistry $\underline{14}$, 4923
     (1975).

Kenneth A. Walsh
Page 9

81.  P. L. Levy, M. K. Pangburn, Y. Burstein, L. H. Ericsson, H. Neurath and K. A. Walsh.  Evidence of Homologous Relationship Between Thermolysin and Neutral Protease A of _Bacillus subtillis_.  Proc. Natl. Acad. Sci. USA 72, 4341 (1975).

82.  M. K. Pangburn, P. L. Levy, K. A. Walsh and H. Neurath.  Thermal Stability of Neutral Metalloendopeptidases from Thermophilic and Mesophilic Bacteria:  Structural Considerations.  Experientia, Supp. 26, 19 (1976).

83.  H. Neurath and K. A. Walsh.  The Role of Proteases in Biological Regulation.  In "Proteolysis and Physiological Regulation".  Eighth Miami Winter Symposium, Vol. 11, 29 (1976).

84.  H. Neurath and K. A. Walsh.  Role of Proteolytic Enzymes in Biological Regulation (A Review).  Proc. Natl. Acad. Sci. USA 73, 3825 (1976).

85.  H. A. Kerr, K. A. Walsh and H. Neurath.  A Proposal for the Mechanism of Chymotrypsinogen Activation.  Biochemistry 15, 5566 (1976).

86.  R. W. Kuhn, K. A. Walsh and H. Neurath.  Reaction of Yeast Protease C with Group Specific Reagents.  Biochemistry 15, 4881 (1976).

87.  L. E. Anderson, K. A. Walsh and H. Neurath.  Bovine Enterokinase: Purification, Specificity and Some Molecular Properties.  Biochemistry 16, 3354 (1977).

88.  K. Fujikawa, K. A. Walsh and E. W. Davie.  Isolation and Characterization of Bovine Factor XII (Hageman Factor).  Biochemistry 16, 2270 (1977).

89.  R. D. Palmiter, J. Gagnon, L. H. Ericsson and K. A. Walsh.  Precursor of Egg White Lysozyme:  Amino-terminal Sequence of an Amino-terminal Extension.  J. Biol. Chem. 252, 6386 (1977).

90.  K. G. Bitar, D. T. Blankenship, K. A. Walsh, R. B. Dunlap, A. V. Reddy and J. H. Freisheim.  Amino Acid Sequence of Dihydrofolate Reductase from an Amethopterin-resistant Strain of _Lactobacillus casei_.  FEBS Lett. 80, 119 (1977).

91.  C. DeHaën, K. A. Walsh and H. Neurath.  Isolation and Amino-terminal Sequence Analysis of a New Pancreatic Trypsinogen of the African Lungfish _Protopterus aethiopicus_.  Biochemistry 16, 4421 (1977).

92.  K. Titani, A. Koide, J. Hermann, L. H. Ericsson, S. Kumar, R. D. Wade, K. A. Walsh, H. Neurath and E. H. Fischer.  The Complete Amino Acid Sequence of Rabbit Muscle Glycogen Phosphorylase.  Proc. Natl. Acad. Sic. USA 74, 4762 (1977).

93.  R. D. Palmiter, S. N. Thibodeau, J. Gagnon and K. A. Walsh.  Role of Proteases in the Secretion of Lysozyme, Ovomucoid, Canalbumin, and Ovalbumin from the Chick Oviduct.  In _Regulatory Proteolytic Enzymes and Their Inhibitors_ (ed. S. Magnusson et al.), FEBS 11th Meeting, Vol. 46, Symposium A6, p. 89 (1977).

Kenneth A. Walsh
Page 10

94. H. Neurath and K. A. Walsh. The Role of Proteases in Physiological Regulation: An Overview. In Regulatory Proteolytic Enzymes and Their Inhibitors (ed. S. Magnusson et al.), FEBS 11th Meeting, Vol. 46, Symposium A6, p. 1 (1977).

95. L. H. Ericsson, R. D. Wade, J. Gagnon, R. M. McDonald, R. Granberg and K. A. Walsh. High Performance Liquid Chromatography of Pth-Amino Acids Using a Durrum D-500 Analyzer. In Solid Phase Methods in Protein Sequence Analysis, INSERM Symposium Number 5 (ed. A. Previero and M. A. Coletti-Previero). North Holland Publ. Co. Amsterdam, p. 137 (1977).

96. R. D. Palmiter, J. Gagnon and K. A. Walsh. Ovalbumin: A Secreted Protein Without a Transient Hydrophobic Leader Sequence. Proc. Natl. Acad. Sci. USA 75, 94 (1978).

97. A. E. Levine, K. A. Walsh and E. J. B. Fodor. Evidence of an Acrosin-like Enzyme in Sea Urchin Sperm. Develop. Bio. 63, 299 (1978).

98. K. A. Walsh, L. H. Ericsson and K. Titani. Strategies of Amino Acid Sequence Analysis. In "Versatility of Proteins," ed. C. H. Li, Academic Press, p. 39 (1978).

99. M. A. Kerr, D. T. Grahn, K. A. Walsh and H. Neurath. The Activation of Bovine Factor X (Stuart Factor)--Analogy with Pancreatic Zymogen-Enzyme Systems. Biochemistry 17, 2645 (1978).

100. J. D. Lonsdale-Eccles, H. Neurath and K. A. Walsh. Probes of the Mechanism of Zymogen Catalysis. Biochemistry 17, 2805 (1978).

101. J. Gagnon, R. D. Palmiter and K. A. Walsh. Comparison of the $NH_2$-terminal Sequence of Ovalbumin as Synthesized in vitro and in vivo. J. Biol. Chem. 253, 7464 (1978).

102. S. N. Thibodeau, R. D. Palmiter and K. A. Walsh. Precursor of Egg White Ovomucoid: Amino Acid Sequence of an $NH_2$-terminal Extension. J. Biol. Chem. 253, 9018 (1978).

103. A. Koide, K. Titani, L. H. Ericsson, S. Kumar, H. Neurath and K. A. Walsh. The Sequence of the Amino-terminal 349 Residues of Rabbit Muscle Glycogen Phosphorylase Including the Sites of Covalent and Allosteric Control. Biochemistry 17, 5657 (1978).

104. J. Hermann, K. Titani, L. H. Ericsson, R. D. Wade, H. Neurath and K. A. Walsh. The Amino Acid Sequence of Two Cyanogen Bromide Fragments of Glycogen Phosphorylase. Biochemistry 17, 5672 (1978).

105. K. Titani, A. Koide, L. H. Ericsson, S. Kumar, J. Hermann, R. D. Wade, K. A. Walsh, H. Neurath and E. H. Fischer. The Sequence of the Carboxyl-terminal 492 Residues of Rabbit Muscle Glycogen Phosphorylase, Including the Pyridoxal-5'-Phosphate Binding Site; with appendices by J. A. Jenkins, L. N. Johnson and K. S. Wilson and by S. Sprang and R. J. Fletterick. Biochemistry 17, 5680 (1978).

Kenneth A. Walsh
Page 11

106.   A. E. Levine and K. A. Walsh.  Involvement of an Acrosin-like Enzyme in the Acrosin Reaction of Sea Urchin Sperm.  Develop. Biol. 72, 126 (1979).

107.   J. D. Lonsdale-Eccles, M. A. Kerr, K. A. Walsh and H. Neurath. Catalysis by Zymogens:  Increased Reactivity at High Ionic Strengths. FEBS Lett. 100, 157 (1979).

108.   K. Katayama, L. H. Ericsson, D. L. Enfield, K. A. Walsh, H. Neurath, E. W. Davie and K. Titani.  COmparison of the Amino Acid Seuqence of Bovine Coagulation Factor IX (Christmas Factor) with Other Vitamin K-dependent Plasma Proteins.  Proc. Natl. Acad. Sci. USA 72, 4990 (1979).

109.   W. L. Maloy, B. U. Bowein, G. K. Zwolinski, K. G. Kumar, H. G. Wood, L. H. Ericsson and K. A. Walsh.  Amino Acid Sequences of the Biotinyl Subunit from Transcarboxylase.  J. Biol. Chem. 254, 11615 (1979).

110.   S. N. Thibodeau and K. A. Walsh.  Processing of Precursor Proteins by Preparations of Oviduct Microsomes.  Ann. N.Y. Acad. Sci. 343, 180 (1980).

111.   D. L. Enfield, L. H. Ericsson, K. Fujikawa, K. A. Walsh, H. Neurath and K. Titani.  Amino Acid Sequence of the Light Chain of Bovine Coagulation Factor $X_I$ (Stuart Factor).  Biochemistry 19, 659 (1980).

112.   A. E. Levine and K. A. Walsh.  Purification of an Acrosin-like Enzyme from Sea Urchin Sperm.  J. Biol. Chem. 255, 4814 (1980).

113.   K. Takio, K. A. Walsh, H. Neurath, S. B. Smith, E. G. Krebs and K. Titani.  The Amino Acid Sequence of a Hinge Region in the Regulatory Subunit of Bovine Cardiac Muscle Cyclic AMP-dependent Protein Kinase II. FEBS Lett. 114, 83 (1980).

114.   D. P. Bloxham, L. H. Ericsson, K. Titani, K. A. Walsh and H. Neurath. Limited Proteolysis of Pig Heart Citrate Synthase by Subtilisin, Chymotrypsin and Trypsin.  Biochemistry 19, 3979 (1980).

115.   K. A. Walsh, L. H. Ericsson, D. C. Parmelee and K. Titani.  Advances in Protein Sequencing.  Ann. Rev. Biochem. 50, 261 (1981).

116.   K. Titani, S. Shoji, L. H. Ericsson, J. D. Demaille, K. A. Walsh, H. Neurath, E. H. Fischer, K. Takio, S. B. Smith and E. G. Krebs.  Primary Structure of cAMP-dependent Protein Kinase Type II from Bovine Cardiac Muscle.  Cold Spring Harbor Conf. Cell Prolif. 8, 19 (1981).

117.   S. Shoji, D. C. Parmelee, R. D. Wade, S. Kumar, L. H. Ericsson, K. A. Walsh, H. Neurath, G. L. Long, J. G. Demaille, E. H. Fischer and K. Titani.  Complete Amino Acid Sequence of the Catalytic Subunit of Bovine Cardiac Muscle Cyclic AMP-dependent Protein Kinase.  Proc. Natl. Acad. Sci. USA 78, 848 (1981).

118.   R. A. Bradshaw, F. Cancedda, L. H. Ericsson, P. A. Neumann, S. P. Piccoli, M. J. Schlesinger, K. Shriefer, and K. A. Walsh.  Amino Acid

Kenneth A. Walsh
Page 12

Sequence of _Escherichia coli_ Alkaline Phosphatase.  Proc. Natl. Acad. Sci. USA 78, 3473 (1981).

119.  D. P. Bloxham, D. C. Parmelee, S. Kumar, R. D. Wade, L. H. Ericsson, H. Neurath, K. A. Walsh and K. Titani.  The Primary Structure of Porcine Heart Citrate Synthase.  Proc. Natl. Acad. Sci. USA 78, 5381 (1981).

120.  K. A. Walsh.  Modulation of Primary Structure in Control and Secretion of Proteins.  In _Proteins in Biology and Medicine_ (ed. R. A. Bradshaw et al.) Academic Press, London, p. 119 (1982).

121.  T. Sasagawa, L. H. Ericsson, K. A. Walsh, W. E. Schreiber, E. H. Fischer and K. Titani.  The Complete Amino Acid Sequence of Human Brain Calmodulin.  Biochemistry 21, 2565 (1982).

122.  D. P. Bloxham, D. C. Parmelee, S. Kumar, K. A. Walsh and K. Titani. Complete Amino Acid Sequence of Porcine Heart Citrate Synthase. Biochemistry 21, 2028 (1982).

123.  K. A. Walsh.  Strategic Approaches to Sequence Analysis.  In _Methods in Protein Sequence Analysis_ (ed. M. Elzinga) Humana Press, New Jersey, p. 67 (1982).

124.  E. P. Benditt, J. S. Hoffman, N. Eriksen, D. C. Parmelee and K. A. Walsh.  SAA, an Apoprotein of HDL:  Its Structure and Function.  Ann. N.Y. Acad. Sci. 389, 183 (1982).

125.  K. Takio, S. B. Smith, E. G. Krebs, K. A. Walsh and K. Titani.  Primary Structure of the Regulatory Subunit of Type II cAMP-dependent Protein Kinase from Bovine Cardiac Muscle.  Proc. Natl. Acad. Sci. USA 79, 2544 (1982).

126.  D. C. Parmelee, K. Titani, L. H. Ericsson, N. Eriksen, E. P. Benditt and K. A. Walsh.  The Amino Acid Sequence of Amyloid-related Apoprotein (apSAA$_1$) from Human High Density Lipoprotein.  Biochemistry 21, 3298 (1982).

127.  K. Titani, T. Sasagawa, K. Resing and K. A. Walsh.  A Simple and Rapid Purification of Commercial Trypsin and Chymotrypsin by Reverse-phase HPLC.  Anal. Biochem. 123, 408 (1982).

128.  R. L. Meek, K. A. Walsh and R. D. Palmiter.  The Signal Sequence of Ovalbumin is Located Near the Amino Terminus.  J. Biol. Chem. 257, 12245 (1982).

129.  T. R. Soderling and K. A. Walsh.  Selective Modification and Purification of Phosphopeptides for Automated Sequence Analysis.  J. Chromatogr. 253, 243 (1982).

130.  T. Sasagawa, K. Titani and K. A. Walsh.  Selective Isolation of Methionine-containing Peptides by Hydrophobicity Modulation.  Anal. Biochem. 128, 371 (1983).

Kenneth A. Walsh
Page 13

131.  K. Takio, S. B. Smith, K. A. Walsh, E. G. Krebs and K. Titani.  Amino Acid Sequence Around a Hinge Region and Its Autophosphorylation Site in Bovine Lung cGMP-dependent Protein Kinase.  J. Biol. Chem. <u>258</u>, 5531 (1983).

132.  M. O. Lively and K. A. Walsh.  Hen Oviduct Signal Peptidase is an Integral Membrane Protein.  J. Biol. Chem. <u>258</u>, 9488 (1983).

133.  T. Sasagawa, K. Titani and K. A. Walsh.  Selective Isolation of Tryptophan-containing Peptides by Hydrophobicity Modulation.  Anal. Biochem. <u>134</u>, 224 (1983).

134.  S. Shoji, L. H. Ericsson, K. A. Walsh, E. H. Fischer and K. Titani. Amino Acid Sequence of the Catalytic Subunit of Bovine Type II cAMP-dependent Protein Kinase.  Biochemistry <u>22</u>, 3702 (1983).

135.  M. O. Lively and K. A. Walsh.  Proteolysis of Human Pre-placental Lactogen by Detergent-solubilized Hen Oviduct Signal Peptidase.  in <u>Protein Transport and Secretion</u> (ed. D. L. Oxender) A. R. Liss, New York, pp. 379-387 (1984).

136.  K. A. Walsh and T. Sasagawa.  HPLC Probes for Posttranslationally Modified Amino Acids.  Methods Enzymol. <u>106</u>, 22 (1984).

137.  T. Sasagawa, L. H. Ericsson, D. C. Teller, K. Titani and K. A. Walsh. Separation of Peptides on a Polystyrene Resin Column.  J. Chromatogr., Biomed. Appl. <u>307</u>, 29 (1984).

138.  J. S. Hoffman, L. H. Ericsson, N. Eriksen, K. A. Walsh and E. P. Benditt.  Murine Tissue Amyloid Protein AA.  $NH_2$-terminal Sequence Identity with Only One of Two Serum Amyloid Protein (Apo SAA) Gene Products.  J. Exp. Med. <u>159</u>, 641 (1984).

139.  E. M. Reimann, K. Titani, L. H. Ericsson, R. D. Wade, E. H. Fischer and K. A. Walsh.  Homology of the gamma-Subunit of Phosphorylase b Kinase with cAMP-dependent Protein Kinase.  Biochemistry <u>23</u>, 4185 (1984).

140.  K. Titani, T. Sasagawa, L. H. Ericsson, S. Kumar, S. B. Smith, E. G. Krebs and K. A. Walsh.  Amino Acid Sequence of the Regulatory Subunit of Bovine Type I cAMP-dependent Protein Kinase.  Biochemistry <u>23</u>, 4193 (1984).

141.  K. Takio, S. B. Smith, E. G. Krebs, K. A. Walsh and K. Titani.  Amino Acid Sequence of the Regulatory Subunit of Bovine Type II Adenosine Cyclic 3',5'-phosphate Dependent Protein Kinase.  Biochemistry <u>23</u>, 4200 (1984).

142.  K. Takio, R. D. Wade, S. B. Smith, E. G. Krebs, K. A. Walsh and K. Titani.  Guanosine Cyclic 3',5'-phosphate Dependent Protein Kinase, A Chimeric Protein Homologous with Two Separate Protein Families. Biochemistry <u>23</u>, 4207 (1984).

Kenneth A. Walsh
Page 14

143.  P. A. Karplus, K. A. Walsh and J. R. Herriott.  Amino Acid Sequence of Spinach Ferredoxin:NADP$^+$ Oxidoreductase.  Biochemistry 23, 6576 (1984).

144.  K. A. Resing, K. A. Walsh and B. A. Dale.  Identification of Two Intermediates during Processing of Profilaggrin to Filaggrin in Neonatal Mouse Epidermis.  J. Cell Biol. 99, 1372 (1984).

145.  G. A. Marchildon, J. E. Casnellie, K. A. Walsh and E. G. Krebs.  Covalently Bound Myristate in a Lymphoma Tyrosine Protein Kinase.  Proc. Natl. Acad. Sci. USA 81, 7679 (1984)

146.  K. A. Resing, J. D. Green and K. A. Walsh.  A 53,000-Da Esterase in Strongylocentrotus purpuratus Semen is Derived from Phagocytic Cells, Not Sperm.  Devel. Biol. 107, 87 (1985).

147.  K. Takio, D. K. Blumenthal, A. M. Edelman, K. A. Walsh, E. G. Krebs and K. Titani.  Amino Acid Sequence of an Active Fragment of Rabbit Skeletal Muscle Myosin Light Chain Kinase.  Biochemistry 24, 6028 (1985).

148.  D. K. Blumenthal, K. Takio, A. M. Edelman, H. Charbonneau, K. Titani, K. A. Walsh and E. G. Krebs.  Identification of the Calmodulin-binding Domain of Skeletal Muscle Myosin Light Chain Kinase.  Proc. Natl. Acad. Sci. USA 82, 3187 (1985).

149.  H. Charbonneau, K. A. Walsh, R. O. McCann, F. G. Prendergast, M. J. Cormier and T. C. Vanaman.  Amino Acid Sequence of the Calcium-dependent Photoprotein Aequorin.  Biochemistry 24, 6762 (1985).

150.  K. A. Resing, B. A. Dale and K. A. Walsh.  Multiple Copies of Phosphorylated Filaggrin in Epidermal Profilaggrin Demonstrated by Analysis of Tryptic Peptides.  Biochemistry 24, 4167 (1985).

151.  A. M. Edelman, K. Takio, D. K. Blumenthal, R. Scott Hansen, K. A. Walsh, K. Titani and E. G. Krebs.  Characterization of the Calmodulin-binding and Catalytic Domains in Skeletal Muscle Myosin Light Chain Kinase.  J. Biol. Chem. 260, 11275 (1985).

152.  S. Hormel, E. Adman, K. A. Walsh, T. Beppu and K. Titani.  The Amino Acid Sequence of the Blue Copper Protein of Alcaligenes faecalis.  FEBS Lett. 197, 301 (1986).

153.  K. Titani, S. Kumar, K. Takio, L. H. Ericsson, R. D. Wade, K. Ashida, K. A. Walsh, M. W. Chopek, J. E. Sadler and K. Fujikawa.  Amino Acid Sequence of Human von Willebrand Factor.  Biochemistry 25, 3171 (1986).

154.  K. A. Walsh, K. Titani, K. Takio, S. Kumar, R. Hayes and P. H. Petra.  Amino Acid Sequence of the Sex Steroid-binding Protein of Human Blood Plasma.  Biochemistry 25, 7584 (1986).

155.  K. Takio, D. K. Blumenthal, K. A. Walsh, K. Titani and E. G Krebs.  Amino Acid Sequence of Rabbit Skeletal Muscle Myosin Light Chain Kinase.  Biochemistry 25, 8049 (1986).

Kenneth A. Walsh
Page 15

156. S. Hormel, K. A. Walsh, B. C. Prickril, K. Titani, J. LeGall and L. C. Sieker. Amino Acid Sequence of Rubredoxin from _Desulfovibrio desulfuricans_ Strain 27774. FEBS Lett. __201__, 147 (1986).

157. H. Charbonneau, N. Beier, K. A. Walsh and J. Beavo. Identification of a conserved Domain among Cyclic Nucleotide Phosphodiesterases from Diverse Species. Proc. Natl. Acad. Sci. U.S.A. __83__, 9308 (1986).

158. K. Titani, H.-J. Torff, S. Hormel, S. Kumar, K. A. Walsh, J. Rödl, H. Neurath and R. Zwilling. Amino Acid Sequence of a Unique Protease from the Crayfish _Astacus fluviatilis_. Biochemistry __26__, 222 (1987).

159. P. H. Petra, P. C. Namkung, K. Titani and K. A. Walsh. Characterization of the Plasma Sex Steroid-binding Protein. _In_ Binding Proteins of Steroid Hormones. Colloque INSERM __149__, 15 (1986).

160. P. H. Petra, K. Titani, K. A. Walsh, D. R. Joseph, S. H. Hall and F. S. French. Comparison of the Amino Acid Sequence of the Sex Steroid-binding Protein of Human Plasma (SBP) with that of the Androgen-binding Protein (ABP) of Rat Testis. _In_ Binding Proteins of Steroid Hormones. Colloque INSERM __149__, 137 (1986).

161. R. M. Metrione, H. Schweitz and K. A. Walsh. The Amino Acid Sequence of Toxin Rp$_{III}$ from the Sea Anemone _Radianthus paumotensis_. FEBS Lett. __218__, 59 (1987).

162. K. Takio, E. A. Kuenzel, K. A. Walsh and E. G. Krebs. Amino Acid Sequence of the beta-Subunit of Bovine Lung Casein Kinase II. Proc. natl. Acad. Sci. U.S.A. __84__, 4851 (1987).

163. H. Charbonneau, J. P. Novack, R. T. MacFarland, K. A. Walsh and J. A. Beavo. Structure and Function of Calmodulin-dependent Phosphodiesterase Isozymes. In _Calcium-binding Proteins in Health and Disease_ (Norman, A.W., Vanaman, T.C., and Means, A.R., Eds.), Academic Press, Orlando, FL, pp. 505-517 (1987).

164. K. A. Walsh. Protein Sequencing and Covalent Processing. _In_ "Signal Transduction and Protein Phosphorylation" (ed. L. Heilmeyer), Plenum Press, NY, pp. 37-43 (1987).

165. K. A. Walsh. The Protein Kinase Family. In _Signal Transduction and Protein Phosphorylation_. (L. Heilmeyer, Ed.), Plenum Press, NY, pp. 185-193 (1987).

166. K. A. Walsh, ed. Methods in Protein Sequence Analysis 1986. Humana Press, Clifton, NJ (1987).

167. K. Titani, T. Marti, K. Takio and K. A. Walsh. Primary Structure of Human von Willebrand Factor. In _Coagulation and Bleeding Disorders, the Role of Factor VIII and von Willebrand Factor_ (T. S. Zimmerman and Z. M. Ruggeri, Eds.), Marcel Dekker, Inc., NY, pp. 99-116 (1989).

Kenneth A. Walsh
Page 16

168.  L. H. Ericsson, N. Eriksen, K. A. Walsh and E. P. Benditt.  Primary Structure of Duck Amyloid Protein A:  The Form Deposited in Tissues May Be Identical to Its Serum Precursor.  FEBS Lett. 216, 11 (1987).

169.  B. T. Wakim, K. A. Alexander, H. R. Masure, B. M. Cimler, D. R. Storm and K. A. Walsh.  Amino Acid Sequence of P-57, a Neurospecific Calmodulin-binding Protein.  Biochemistry 26, 7466 (1987).

170.  Marti, T., S. Rosselet, K. Titani and K. A. Walsh.  Identification of Disulfide-bridged Substructures within Human von Willebrand factor. Biochemistry 26, 8099 (1987).

171.  H. Le Trong, D. C. Parmelee, K. A. Walsh, H. Neurath and R. G. Woodbury. Amino Acid Sequence of Rat Mast Cell Protease I (Chymase).  Biochemistry 26, 6988 (1987).

172.  T. Marti, K. Takio, K. A. Walsh, G. Terzi and J. W. Truman. Microanalysis of the Amino Acid Sequence of the Eclosion Hormone from the Tobacco Hornworm Manduca sexta.  FEBS Lett. 219, 415 (1987).

173.  R. D. Wade, G. M. Hass, S. Kumar, K. A. Walsh and H. Neurath.  The Amino Acid Sequence of the Activation Peptide of Bovine procarboxypeptidase A. Biochimie 70, 1137 (1988).

174.  P. J. Kennelly, K. Takio, D. K. Blumenthal, A. M. Edelman, M. B. Glaccum, R. E. Klevit, C. L. Roush, J. D. Scott, K. Titani, K. A. Walsh and E. G. Krebs.  Organization of Myosin Light Chain Kinase from Rabbit Skeletal Muscle.  In Calcium Binding Proteins in Health and Disease (Norman, A.W., Vanaman, T.C., and Means, A.R., Eds.), Academic Press, Orlando, FL, p. 494-504 (1987).

175.  D. R. Eyre, S. Apone, J.-J. Wu, L. H. Ericsson and K. A. Walsh. Collagen Type IX:  Evidence for Covalent Linkages to Type II Collagen in Cartilage.  FEBS Lett. 220, 337 (1987).

176.  W. H. Cover, J. P. Ryan, P. J. Bassford, Jr., K. A. Walsh, J. Bollinger and L. L. Randall.  Suppression of a Signal Sequence Mutation by an Amino Acid Substitution in the Mature Portion of the Maltose-binding Protein.  J. Bacteriology 169, 1794 (1987).

177.  K. Titani and K. A. Walsh.  Human von Willebrand Factor:  The Molecular Glue of Platelet Plugs.  TIBS 13, 94 (1988).

178.  K. A. Alexander, B. T. Wakim, G. S. Doyle, K. A. Walsh and D. R. Storm. Identification and Characterization of the Calmodulin-binding Domain of Neuromodulin, A Neurospecific Calmodulin-binding Protein.  J. Biol. Chem. 263, 7544 (1988).

179.  P. H. Petra, B. G. Que, P. C. Namkung, J. B. A. Ross, H. Charbonneau, K. A. Walsh, P. R. Griffin, J. Shabanowitz and D. F. Hunt.  Affinity Labeling, Molecular Cloning, and Comparative Amino Acid Sequence Analyses of Sex Steroid-binding Protein of Plasma.  A Multidisciplinary Approach for Understanding Steroid-Protein Interaction and Its Physiological Role.  Ann. N.Y. Acad. Sci. 538 10 (1988).

Kenneth A. Walsh
Page 17

180. H. Charbonneau, N. K. Tonks, K. A. Walsh and E. H. Fischer. The Leukocyte Common Antigen (CD45): A putative receptor-linked protein tyrosine phosphatase. Proc. Natl. Acad. Sci. USA <u>85</u> 7182 (1988).

181. K. A. Resing, K. A. Walsh, J. Haugen-Scofield and B. A. Dale. Identification of Proteolytic Cleavage Sites in the Conversion of Profilaggrin to Filaggrin in Mammalian Epidermis. <u>J. Biol. Chem.</u>, <u>264</u> 1837 (1989).

182. J. P. Novack, H. Charbonneau, D. K. Blumenthal, K. A. Walsh and J. A. Beavo. The Domain Structure of the Calmodulin-dependent Phosphodiesterase Isozymes. In <u>Protein Signaling</u> (H. Hidaka, E. Carafoli, A. R. Means, & T. Tanaka, Eds), Plenum; New York, 1989, pp 387-395.

183. S. Naylor, S. G. Ang, D. H. Williams, C. H. Moore & K. A. Walsh. Rapid determination of sequence variations in actinidin isolated from Actinidia Chinensis (var. Hayward) using FAB mapping MS and gas phase microsequencing. <u>Biomed. Environ. Mass Spectrom.</u> <u>18</u>, 424 (1989).

184. H. Charbonneau, S. Kumar, J. P. Novack, D. K. Blumenthal, P. R. Griffin, J. Shabanowitz, D. F. Hunt, J. A. Beavo & K. A. Walsh. Evidence for Domain Organization within the 61 kDa Calmodulin-dependent Cyclic Nucleotide Phosphodiesterase from Bovine Brain. <u>Biochemistry</u> <u>30</u>, 7931 (1991)

185. J. P. Novack, H. Charbonneau, K. A. Walsh & J. A. Beavo. Sequence Comparison of the 63-, 61-, and 59-kDa Calmodulin-dependent Cyclic Nucleotide Phosphodiesterases. <u>Biochemistry</u> <u>30</u>, 7940 (1991)

186. N.K. Tonks, H. Charbonneau, C.D. Diltz, E.H. Fischer and K.A. Walsh. Demonstration that the leukocyte common antigen (CD45) is a protein tyrosine phosphatase. <u>Biochemistry</u> <u>27</u>, 8695 (1988).

187. H. Charbonneau, N.K. Tonks, S. Kumar, C.D. Diltz, M. Harrylock, D.E. Cool, E.G. Krebs, E.H. Fischer & K.A. Walsh. Human Placenta Protein Tyrosine Phosphatase: Amino Acid Sequence and Relationship to a Family of Receptor-like Proteins. <u>Proc. Natl. Acad. Sci USA</u> <u>86</u>, 5252 (1989).

188. K.A. Walsh, H. Charbonneau, T. Marti, J. Novack and J.A. Beavo. The identification and significance of substructural domains. In <u>Methods in Protein Sequence Analysis</u> (B. Wittmann-Liebold, Ed). Springer-Verlag, Berlin, pp. 450-457 (1989).

189. N.K. Tonks, H. Charbonneau, C.D.Diltz, S. Kumar, M.F. Cicirelli, E.G. Krebs, K.A. Walsh and E.H. Fischer. Protein Tyrosine Phosphatases: Structure, Properties and Role in Signal Transduction. <u>Advances in Protein Phosphatases</u> <u>5</u>, 149-180 (1989).

190. P.R. Griffin, S. Kumar, J. Shabanowitz, H. Charbonneau, P.C. Namkung, K.A. Walsh, D.F. Hunt & P.H. Petra. The amino acid sequence of the sex steroid-binding protein of rabbit serum. Evidence for a sex-steroid binding protein gene family distinct from steroid receptors. <u>J. Biol. Chem.</u> <u>264</u>, 19066 (1989).

191.  D.E. Cool, N.K. Tonks, H. Charbonneau, K.A. Walsh, E.H. Fischer & E.G. Krebs. A cDNA isolated from a Human T Cell library Encodes a New Member of the Protein Tyrosine Phosphatase Family. Proc. Natl. Acad. Sci. USA 86, 5257 (1989).

192.  H. Charbonneau, R.K. Prusti, H. LeTrong, W.K. Sonnenburg, P.J. Mullaney, K.A. Walsh & J.A. Beavo. Identification of a Noncatalytic, cGMP-binding Domain conserved in both the cGMP-stimulated- and Photoreceptor Cyclic Nucleotide Phosphodiesterases. Proc. Natl. Acad. Sci. USA 87, 288 (1990)

193.  D. W. Litchfield, F. J. Lozeman, C. Piening, J. Sommercorn, K. Takio, K. A. Walsh & E. G. Krebs. Subunit Structure of Casein Kinase II from Bovine Testis: Demonstration that the alpha and alpha' subunits are distinct polypeptides. J. Biol. Chem. 265, 7638 (1990)

194.  P. C. Namkung, S. Kumar, K. A. Walsh & P. H. Petra. Identification of Lysine-134 in the Steroid Binding Site of the Sex Steroid-Binding Protein of Human Plasma. J. Biol. Chem. 265, 18345 (1990)

195.  F. J. Lozeman, D. W. Litchfield, C. Piening, K. Takio, K. A. Walsh & E. G. Krebs. Isolation and Characterization of Human cDNA clones encoding the alpha and alpha' subunits of casein kinase II. Biochemistry 29, 8436 (1990)

196.  H. Le Trong, N. Beier, W. K. Sonnenburg, S. D. Stroop, K. A. Walsh, J. A. Beavo, & H. Charbonneau. Amino Acid Sequence of the Cyclic GMP-Stimulated Cyclic Nucleotide Phosphodiesterase from Bovine Heart. Biochemistry 29, 10280 (1990)

197.  E. D. Apel, M. F. Byford, D. Au, K. A. Walsh & D. R. Storm. Identification of the Protein Kinase C Phosphorylation Site in Neuromodulin. Biochemistry 29, 2330 (1990)

198.  E. H. Fischer, N. K. Tonks, H. Charbonneau, M. F. Cicirelli, D. E. Cool, C. D. Diltz, E. G. Krebs & K. A. Walsh. Protein Tyrosine Phosphatases: A novel family of enzymes involved in transmembrane signalling. Advanc. 2nd Messenger & Phosphoprotein Research 24, 273 (1990)

199. S. Kumar, M. Harrylock, K. A. Walsh, M. J. Cormier, & H. Charbonneau. Amino Acid Sequence of the $Ca^{2+}$-Triggered Luciferin Binding Protein of *Renilla reniformis*. FEBS 268, 287 (1990)

200. K. R. Cole, S. Kumar, H. Le Trong, R. G. Woodbury, K. A. Walsh, & H. Neurath. Rat Mast Cell Carboxypeptidase: Amino Acid Sequence and Evidence of Enzyme Activity within Mast Cell Granules. Biochemistry 30, 648 (1990)

201. A. M. Dizhoor, S. Ray, S. Kumar, M. Spencer, G. Niemi, D. Brolley, K. A. Walsh, P. P. Phillipox, J. B. Hurley, & L. Stryer. Recoverin, A Calcium-Sensitive Activator of Retinal Rod Guanylate Cyclase. Science 251, 915 (1991)

202. D. R. Stover, H. Charbonneau, N. K. Tonks, & K. A. Walsh. Protein Tyrosine Phosphatase CD45 is Phosphorylated Transiently on Tyrosine upon Activation of Jurkat T-Cells. Proc. Natl. Acad. Sci. USA 88, 7704 (1991)

203. N. K. Tonks, D. E. Cool, H. Charbonneau, P. R. Andreassen, R. L. Margolis, K. A. Walsh, E. G. Krebs, & E. H. Fischer. Protein Tyrosine Phosphatases and their Role in Signal Transduction and Cell Cycle Control. in Origins of Human Cancer: A Comprehensive Review. Cold Spring Harbor Laboratory Press, p. 265 (1991)

204. L. L. Isom, K. S. De Jongh, D. E. Patton, B. F. X. Reber, J. Offord, H. Charbonneau, K. Walsh, A. L. Goldin, & W. A. Catterall. Primary Structure and Functional Expression of the $\beta_1$ Subunit of the Rat Brain Sodium Channel. Science 256, 839 (1992).

205. A. M. Dizhoor, L. H. Ericsson, R. S. Johnson, S. Kumar, E. Olshevskaya, S. Zozulya, T. A. Neubert, L. Stryer, J. B. Hurley, & K. A. Walsh. The $NH_2$ Terminus of Retinal Recoverin is Acylated by a Small Family of Fatty Acids. J. Biol. Chem. 267, 16033 (1992).

206. R. S. Johnson & K. A. Walsh. Sequence Analysis of Peptide Mixtures by Automated Integration of Edman and Mass Spectrometric Data. Protein Science 1, 1083 (1992).

207. T. A. Neubert, R. S. Johnson, J. B. Hurley, & K. A. Walsh. The Rod Transducin α Subunit Amino Terminus is Heterogeneously Fatty Acylated. J. Biol. Chem. 267, 18274 (1992).

208. D. R. Stover & K. A. Walsh. A Novel Method of Identifying Phosphorylation Sites Using a Thiophosphorylated Peptide and ESI-MS. In Techniques in Protein Chemistry IV (ed. R. Hogue-Angeletti). Academic Press Inc. p. 193 (1993).

209. K. A. Walsh, L. H. Ericsson & R. S. Johnson. Application of Electrospray Ionization-Mass Spectrometry to Proteins. In Proceedings Japanese Society Biomed. Mass Spectrometry. Kanazawa, Japan, Sept. 16-18, pp. 113 (1992).

Kenneth A. Walsh
Page 20

210. X. Tan, D. R. Stover & K. A. Walsh. Demonstration of Protein-Tyrosine Phosphatase Activity in the Second of Two Homologous Domains of CD45. J. Biol. Chem. 268, 6835 (1993).

211. K. A. Walsh, L. H. Ericsson, K. Resing & R. S. Johnson. Electrospray-Mass Spectrometry, an Emerging Methodology for Elucidating Structure-Function Relationships of Proteins. in Methods in Protein Sequence Analysis, Eds. K. Imahori and F. Sakiyama, Plenum Press, New York, p. 143 (1993).

212. K. A. Resing, R. S. Johnson, K. A. Walsh. Characterization of Protein Processing Sites During Conversion of Rat Profilaggrin to Filaggrin. Biochemistry 32, 10036 (1993).

213. H. Ohguro, K. Palczewski, L. H. Ericsson, K. A. Walsh, & R. S. Johnson. Sequential Phosphorylation of Rhodopsin at Multiple Sites. Biochemistry 32, 5718 (1993).

214. L. M. McAllister-Lucas, W. K. Sonnenburg, A. Kadlecek, D. Seger, H. Le Trong, J. L. Colbran, M. K. Thomas, K. A. Walsh, S. H. Francis, J. D. Corbin, & J. A. Beavo. The Structure of a Bovine Lung cGMP-binding, cGMP-specific Phosphodiesterase Deduced from a cDNA Clone. J. Biol. Chem., 268, 22863 (1993).

215. D. R. Stover & K. A. Walsh. The Protein-Tyrosine Phosphatase Activity of CD45 is Activated by Sequential Phosphorylation by Two Kinases. Mol. Cell. Biol. 14, 5523 (1994).

216. H. Ohguro, R. S. Johnson, L. H. Ericsson, K. A. Walsh, & K. Palczewski. Control of Rhodopsin Multiple Phosphorylation. Biochemistry 33, 1023 (1994).

217. K. Palczewski, J. Buczylko, H. Ohguro, R. S. Annan, S. A. Carr, J. W. Crabb, M. W. Kaplan, R. S. Johnson, & K. A. Walsh. Characterization of a Truncated Form of Arrestin Isolated from Bovine Rod Outer Segments. Protein Science 3, 314 (1994).

218. R. S. Johnson, H. Ohguro, K. Palczewski, J. B. Hurley, K. A. Walsh, & T. A. Neubert. Heterogeneous N-Acylation is a Tissue-and Species-specific Posttranslational Modification. J. Biol. Chem., 269, 21067 (1994).

219. R. A. Resing, R. S. Johnson, K. A. Walsh. Mass Spectrometric Analysis of Twenty-one Phosphorylation Sites in the Internal Repeat of Rat Profilaggrin, Precursor of an Intermediate Filament Associated Protein. Biochemistry, 34, 9477 (1995).

220. R. S. Johnson, K. A. Walsh. Mass Spectrometric Measurement of Protein Amide Hydrogen Exchange of Apo- and Holo-Myoglobin. Protein Science, 3, 2411 (1994).

221. C. D. Thulin & K. A. Walsh. Identification of the Amino Terminal Peptide of N-teminally Blocked Proteins by Differential Deutero-Acetylation Using LC/MS Techniques. In Techniques in Protein Chemistry VI (ed. W. Crabb). Academic Press Inc. p. 55 (1995).

Kenneth A. Walsh
Page 21

222.  K. Palczewski, I. Subbaraya, W. A. Gorczyca, B. S. Helekar, C. C. Ruiz, H. Ohguro, J. Huang, X. Zhao, J. W. Crabb, R. S. Johnson, K. A. Walsh, M. P. Gray-Keller, P. B. Detwiler, & W. Baehr. Molecular Cloning and Characterization of Retinal Photoreceptor Guanylyl Cyclase-Activating Protein. _Neuron 13_, 1 (1994).

223.  R.S. Johnson, D. Krylov and K. A. Walsh. Proton Mobility Within an Electrospray Peptide Ion. _J. Mass Spect._, _30_, 386 (1995).

224.  K. Fukuchi, D. D. Kunkel, B. Sopher, K. Kamino, N. Eriksen, C. E. Ogburn, A. C. Smith, C. E. Furlong, S. S. Deeb, D. Nochlin, P. A. Schwartzkroin, S. M. Sumi, K. A. Walsh, E. P. Benditt, G. M. Martin. Mouse Models for the Study of b-Amyloid Precursor Protein-Medicated Neurotoxicity. In _The SAM Model of Senescence_ (ed. Toshio Takeda). Elsevier Science B.V. pp. 9-13 (1994).

225.  H. Ohguro, K. Palczewski, K. A. Walsh and R. S. Johnson. Topographic Study of Arrestin Using Differential Chemical Modifications and Hydrogen/Deuterium Exchange. _Protein Science_, _3_, 2438 (1994).

226.  C.D. Thulin, J.A. Taylor, and K.A. Walsh. Microheterogeneity of Human Filaggrin; Analysis of a Complex Peptide Mixture Using Mass Spectrometry. _Protein Science_, _5_, 1157 (1996).

227.  C.D. Thulin and K.A. Walsh. Identification of the Amino Terminus of Human Filaggrin using Differential LC/MS Techniques; Implications for Profilaggrin Processing. _Biochemistry_, _34_, 8687 (1995).

228.  H. Ohguro, M. Rudnick-Nawrot, J. Buczytko, X. Zhao, J.A. Taylor, K.A. Walsh and K. Palczewski. Structural and Enzymatic Aspects of Rhodopsin Phosphorylation. _J. Biol. Chem._ _271_, 5215 (1996).

229.  J. Alex Taylor, K.A. Walsh, and Richard S. Johnson. Sherpa: A Macintosh-based Expert System for the Interpretation of Electrospray Ionization LC/MS and MS/MS data from Protein Digests. _Rapid Commun. Mass Spectr._, _10_, 679 (1996).

230.  V. A. Florio, W. K. Sonnenburg, R. Johnson, K. S. Kwak, G. S. Jensen, K. A. Walsh, & J. A. Beavo. Phosphorylation of the 61-kDa Calmodulin-Stimulated Cyclic Nucleotide Phosphodiesterase at Serine 120 Reduces its Affinity for Calmodulin. _Biochemistry_, _33_, 8948 (1994).

231.  Jeffrey A. Smith, Sharron H. Francis, Kenneth A. Walsh, Santosh Kumar, Jackie D. Corbin. Autophosphorylation of Type 1β cGMP-dependent protein kinase increase Basal Catalytic Activity and Enhances Allosteric Activation by cGMP or cAMP. _J. Biol. Chem._, _271_, 20756 (1996).

232.  Jeffrey A. Kowalak and Kenneth A. Walsh. β-Methylthio-Aspartic Acid: Identification of a Novel Posttranslational Modification in Ribosomal Protein S12 from _Escherichia coli_. _Protein Science_, _5_, 1625 (1996).

233.  S. H. Francis, J. A. Smith, J. L. Colbran, K. Grimes, K. A. Walsh, S. Kumar, & J. D. Corbin. Arginine 75 in the Pseudosubstrate Sequence of Type Iβ cGMP-Dependent Protein Kinase is Critical for Autoinhibition, Although Autophosphorylated Serine-63 is Outside This Sequence. _J. Biol. Chem._, _271_, 20748 (1996).

Kenneth A. Walsh
Page 22

234. Thomas A. Neubert, Kenneth A. Walsh, James B. Hurley, and Richard S. Johnson.  Monitoring Calcium-Induced Conformational Changes in Recoverin by Electrospray Mass Spectrometry.  Protein Science, 6, 843 (1997).

235. Houle Wang, Kheng B. Lim, Ross F. Lawrence, William N. Howald, J. Alex Taylor, Lowell H. Ericsson, Kenneth A. Walsh, and Murray Hackett. Stability Enhancement for Peptide Analysis by Electrospray Using the Triple Quadrupole Mass Spectrometer.  Analyt. Bioch., 250, 162 (1997).

236. John J. Lennon and Kenneth A. Walsh.  Direct Sequence Analysis of Proteins by In-Source Fragmentation During Delayed Ion Extraction. Protein Science, 6, 2446 (1997).

237. John J. Lennon and Kenneth A. Walsh.  Locating and Identifying Posttranslational Modifications by In-Source Decay During MALDI-TOF Mass Spectrometry.  Protein Science, 8, 2487 (1999).