UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BIOMEDINO, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WATERS CORPORATION, GENERAL ELECTRIC COMPANY, d/b/a GE HEALTHCARE, and AGILENT TECHNOLOGIES, INCORPORATED,<br><br>　　　　　　　　　　Defendants. | No. CV05-0042L<br><br>**JOINT MOTION AND ORDER APPOINTING PROFESSOR EMERITUS KENNETH WALSH AS TECHNICAL ADVISOR TO THE COURT**<br><br>**Noted on Motion Calendar<br>May 20, 2005** |

## JOINT MOTION

By its April 26, 2005 Minute Order Setting Trial Date and Related Dates ("the Scheduling Order"), the Court has indicated that it may appoint a technical advisor to assist the Court during claim construction proceedings and/or the trial of this matter. To that end, the Court ordered the parties, within 14 days of the date of the Scheduling Order, to confer and submit the resumes of three qualified individuals who are willing to serve as a technical advisor in this matter. At the Parties' joint request, that deadline was subsequently extended to May 24, 2005 by the Court's Order dated May 16, 2005.

Plaintiff Biomedino, LLC and defendants Waters Corporation, General Electric Co., and Agilent Technologies, Inc. (collectively, "the Parties") have jointly identified a mutually

JOINT MOTION AND [PROPOSED] ORDER
APPOINTING TECHNICAL ADVISOR - 1
(CV05-0042L)
K:\52636\00001\DA1L\DA1LP20FB

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

agreeable candidate who possesses the necessary technical knowledge for this case — Kenneth A. Walsh, Emeritus Professor of Biochemistry at the University of Washington. Professor Walsh has a long and distinguished career in proteins and biochemistry. He has been active in the field of proteins and protein analysis since the late 1950s, so he has hands-on experience in the area of protein analysis using chromatography and mass spectrometry at the time of filing the patent-in-suit. Professor Walsh's curriculum vitae and contact information are attached hereto as Exhibit A. The Parties are advised that Professor Walsh would prefer that any written correspondence be directed to his home address.

The Parties are in agreement that Professor Walsh should be appointed by the Court, that all conflicts have been cleared, and that they will bear the costs of Professor Walsh's appointment should the Court appoint him. Accordingly, the Parties hereby jointly move the Court for an order appointing Professor Walsh as the Technical Advisor to the Court in this matter. A proposed form of order follows.

**ORDER**

The Court hereby ORDERS as follows:

1. That Professor Kenneth Walsh be appointed to serve as technical advisor to the Court.

2. Unless otherwise directed by the Court, the Parties agree that the costs associated with Professor Walsh's services be split equally between the current four parties.

IT IS SO ORDERED.

DATED: May 24, 2005

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

JOINT MOTION AND [PROPOSED] ORDER
APPOINTING TECHNICAL ADVISOR - 2
(CV05-0042L)
K:\52636\00001\DA1L\DA1LP20FB

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Presented by:

| | |
|---|---|
| _____ | _____ |
| | Edward W. Goldstein |
| | Holly H. Barnes |
| Helen Bergman Moure, WSBA# 26100 | Alisa A. Lipski |
| David A. Linehan, WSBA# 34281 | Katherine L. Sunstrom |
| PRESTON GATES & ELLIS LLP | GOLDSTEIN & FAUCETT LLP |
| 925 Fourth Ave., Suite 2900 | 1177 West Loop South |
| Seattle, WA 98104 | Suite 400 |
| Tel: (206) 623-7580 | Houston, TX 77027 |
| Fax: (206) 370-6109 | (713) 877-1515 – Telephone |
| | (713) 877-1145 – Facsimile |
| Attorneys for Defendants | |
| | Robert B. Gould |
| Lawrence J. Gotts | Pacific Pointe Building |
| Aslan Baghdadi | 2110 North Pacific Street, Suite 100 |
| June Cohan | Seattle, Washington 98103 |
| SHAW PITTMAN LLP | (206) 633-4442 – Telephone |
| 1650 Tysons Boulevard | (206) 633-4443 – Facsimile |
| 14th Floor | |
| McLean, Virginia 22102-4859 | |
| Tel: 703-770-7608 | Attorneys for Plaintiff |
| Fax: 703-770-7901 | Biomedino, LLC |
| | |
| Attorneys for Defendant | |
| Waters Corporation | |
| | |
| | |
| Matthew M. Wolf | James Geriak |
| HOWREY SIMON ARNOLD & WHITE, LLP | ORRICK, HERRINGTON & SUTCLIFFE |
| 1299 Pennsylvania Avenue NW | 4 Park Plaza, Suite 1600 |
| Washington, D.C. 20004-2407 | Irvine, CA 92614-2558 |
| Tel: 202-383-0800 | (949) 852-7720 – Telephone |
| Fax: 202-383-6610 | (949) 567-6710 – Facsimile |
| | |
| Wallace Wu | Attorneys for Defendant |
| HOWREY SIMON ARNOLD & WHITE LLP | Agilent Technologies, Inc. |
| 550 South Hope Street, Suite 1400 | |
| Los Angeles, CA 90071 | |
| Tel: 213-892-1800 | |
| Tel: 213-892-2300 | |
| | |
| Attorneys for Defendant | |
| General Electric Company | |

JOINT MOTION AND [PROPOSED] ORDER
APPOINTING TECHNICAL ADVISOR - 3
(CV05-0042L)
K:\52636\00001\DA1L\DA1LP20FB

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022