UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
BIOMEDINO, LLC,

              Plaintiff,

    v.

WATERS CORPORATION, *et al.*,

              Defendants.
_____

Case No. C05-0042L

ORDER FOR FURTHER BRIEFING

On or about November 22, 2005, the Court issued an order construing the claims of the '502 patent. Plaintiff has filed a timely motion for reconsideration and has challenged the Court's finding that the term "control means" is indefinite. Pursuant to Local Civil Rule 7(h)(3), defendant may, if it chooses, file a response to the motion for reconsideration no later than 4:30 p.m. on December 19, 2005. Plaintiff's reply, if any, shall be filed no later than 4:30 p.m. on December 23, 2005. The Clerk of Court is directed to re-note plaintiff's motion for reconsideration (Dkt. # 109) on the Court's calendar for December 23, 2005.

DATED this 7th day of December, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER FOR FURTHER BRIEFING