The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| BIOMEDINO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WATERS TECHNOLOGIES CORPORATION, GENERAL ELECTRIC COMPANY d/b/a GE HEALTHCARE, AGILENT TECHNOLOGIES, INCORPORATED,<br><br>Defendants. | NO.: CV05-0042L<br><br>[PROPOSED] JUDGMENT UNDER RULE 54(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE |
| AND RELATED COUNTERCLAIMS. | |

05-CV-00042-AF

[PROPOSED] JUDGMENT UNDER RULE 54(B) OF THE
FEDERAL RULES OF CIVIL PROCEDURE
DOCSOC1:172446.1

GRAHAM & DUNN LLP
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA 98121-1128
Telephone: 206/ 624-8300

1. Defendants have moved without opposition for entry of judgment under Fed. R. Civ. P.
2. Rule 54(b), see "Unopposed Motion for Entry of Judgment under Rule 54(b) of the Federal
3. Rules of Civil Procedure." This Court has determined that no just reason for delay exists and
4. directs entry of Judgment under Rule 54(b).
5. Claims 13-17 and claim 40 are at issue in this case and each recites "control means for
6. automatically operating said valving." The Court has determined that the "control means"
7. element of claims 13-17 and claim 40 is subject to § 112, ¶ 6 of the Patent Act. A failure by the
8. patent specification to disclose adequate structure corresponding to the recited function means
9. that the claim is indefinite in violation of § 112, ¶ 2 of the Patent Act.
10. The Court determined that the "control means" element has no "corresponding structure,
11. material, or acts described in the specification and equivalents thereto" (35 U.S.C. § 112, ¶ 6),
12. and that claims 13-17 and 40 are therefore invalid for indefiniteness under § 112, ¶ 2. Therefore,
13. this Court enters judgment in favor of defendants as follows:
14. It is ADJUDGED and DECREED that claims 13-17 and 40 of United States Patents No.
15. 6,602,502 are indefinite and are therefore invalid for failing to satisfy the requirements of 35
16. U.S.C. § 112 ¶ 2.
17. SO ORDERED.

Dated: March 15, 2006

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik
United States District Judge

[PROPOSED] JUDGMENT UNDER RULE 54(B) OF THE
FEDERAL RULES OF CIVIL PROCEDURE
DOCSOC1:172446.1

2

GRAHAM & DUNN LLP
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA 98121-1128
Telephone: 206/ 624-8300

Submitted By:

| | |
|---|---|
| s/ Kurt T. Mulville<br>James W. Geriak, Counsel Pro Hac Vice<br>Kurt T. Mulville, Counsel Pro Hac Vice<br>Joseph K. Liu, Counsel Pro Hac Vice<br>Hardip B. Passananti, Counsel Pro Hac Vice<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>4 Park Plaza, Suite 1600<br>Irvine, California 92614-2558<br>Telephone: (949) 567-6700<br>Facsimile: (949) 567-6710 | s/ James L. Magee<br>James L. Magee<br>GRAHAM & DUNN<br>Pier 70, 2801 Alaskan Way, Suite 300<br>Seattle, WA 98121-1128<br>Telephone: (206) 624-8300<br>Facsimile: (206) 340-9599 |

Attorneys for Defendant/Counterclaim-Plaintiff
AGILENT TECHNOLOGIES, INCORPORATED

| | |
|---|---|
| s/ Holly H. Barnes<br>Edward W. Goldstein<br>Holly H. Barnes<br>Katherine L. Sunstrom<br>GOLDSTEIN & FAUCETT, LLP<br>1177 West Loop South, Suite 400<br>Houston, TX 77027<br>Telephone: (713) 877-1515<br>Facsimile: (713) 877-1145 | Robert B. Gould<br>LAW OFFICES OF ROBERT B. GOULD<br>Pacific Pointe Building<br>2110 North Pacific Street, Suite 100<br>Seattle, WA 98103-9126<br>Telephon e: (206) 633-4442<br>Facsimile: (206) 633-4443 |

Attorneys for Plaintiff/Counterclaim-Defendant
BIOMEDINO, LLC

| | |
|---|---|
| s/ Aslan Baghdadi<br>Lawrence J. Gotts<br>Aslan Baghdadi<br>June E. Cohan<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1650 Tysons Boulevard<br>McLean, VA 22102-4859<br>Telephone: (703) 770-7900<br>Facsimile: (703) 770-7901 | Helen B. Moure, WSBA# 26100<br>David A. Linehan, WSBA# 34281<br>PRESTON GATES & ELLIS<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158 |

Attorneys for Defendant/Counterclaim-Plaintiff
WATERS TECHNOLOGIES CORPORATION

| | |
|---|---|
| s/ Wallace Wu<br>Wallace Wu<br>HOWREY LLP<br>550 South Hope Street, Suite 1400<br>Los Angeles, CA 90071-2604<br>Telephone: (213) 892-1800<br>Facsimile: (213) 892-2300 | Robert P. Taylor<br>HOWREY LLP<br>1950 University Avenue<br>Palo Alto, CA 94303<br>Telephone: (650) 798-3555<br>Facsimile: (650) 400-6995 |

1  Mark D. Wegener
   Matthew M. Wolf
2  HOWREY LLP
   1299 Pennsylvania Avenue NW
3  Washington, DC 20004-2407
   Telephone: (202) 383-0800
4  Facsimile: (202) 383-6610

5  Attorneys for Defendant/Counterclaim-Plaintiff
   GENERAL ELECTRIC COMPANY d/b/a
6  GENERAL ELECTRIC HEALTHCARE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] JUDGMENT UNDER RULE 54(B) OF THE        4
FEDERAL RULES OF CIVIL PROCEDURE
DOCSOC1:172446.1

GRAHAM & DUNN LLP
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA 98121-1128
Telephone: 206/624-8300

## CERTIFICATE OF SERVICE

I hereby certify that on **March 15, 2006**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following individuals:

Edward W. Goldstein
Holly H. Barnes
Katherine L. Sunstrom
GOLDSTEIN & FAUCETT, LLP
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone: 713/877-1515
Facsimile: 713/877-1145
egoldstein@gfiplaw.com
hbarnes@gfiplaw.com
ksunstrom@fiplaw.com

Robert B. Gould
LAW OFFICES OF ROBERT B. GOULD
Pacific Pointe Building
2110 North Pacific Street, Suite 100
Seattle, WA 98103-9126
Telephone: 206/633-4442
Facsimile: 206/633-4443
rbgould@nwlegalmal.com

Lawrence J. Gotts
Aslan Baghdadi
June E. Cohan
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102-4859
Telephone: 703/770-7900
Facsimile: 703/770-7901
lawrence.gotts@shawpittman.com
aslan.baghdadi@shawpittman.com
june.cohan@shawpittman.com

Helen B. Moure, WSBA# 261001
David A. Linehan, WSBA# 34281
PRESTON GATES & ELLIS
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
HelenM@prestongates.com
DLinehan@prestongates.com

[PROPOSED] JUDGMENT UNDER RULE 54(B) OF THE
FEDERAL RULES OF CIVIL PROCEDURE
DOCSOC1:172446.1

5

GRAHAM & DUNN LLP
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA 98121-1128
Telephone: 206/ 624-8300

1. Wallace Wu
   HOWREY LLP
2. 550 South Hope Street, Suite 1400
   Los Angeles, CA 90071-2604
3. Telephone: 213/892-1800
   Facsimile: 213/892-2300
4. wuw@howrey.com

5. Mark D. Wegener
   Matthew M. Wolf
6. HOWREY LLP
   1299 Pennsylvania Avenue NW
7. Washington, DC 20004-2407
   Telephone: 202/383-0800
8. Facsimile: 202/383-6610
   wegenerm@howrey.com
9. wolfm@howrey.com

10. Robert P. Taylor
    HOWREY LLP
11. 1950 University Avenue
    Palo Alto, CA 94303
12. Telephone: 650/798-3555
    Facsimile: 650/400-6995
13. taylorr@howrey.com

_____
Kurt T. Mulville

[PROPOSED] JUDGMENT UNDER RULE 54(B) OF THE
FEDERAL RULES OF CIVIL PROCEDURE
DOCSOC1:172446.1

6

GRAHAM & DUNN LLP
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA 98121-1128
Telephone: 206/624-8300