UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BIOMEDINO, LLC,

    Plaintiff,

v.

WATERS TECHNOLOGIES CORPORATION, GENERAL ELECTRIC COMPANY d/b/a GE HEALTHCARE, and AGILENT TECHNOLOGIES, INCORPORATED,

    Defendants.

Case No. C05-42RSL

TAXATION OF COSTS

    Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF BIOMEDINO, LLC , and on behalf of DEFENDANT AGILENT TECHNOLOGIES, INCORPORATED in the amount of $2,648.36  as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.   PRO HOC VICE FEES | $300.00 | $300.00 | 0 |

Pro Hoc Vice fees are not taxable.

| | | | |
|---|---|---|---|
| II.  DEPOSITION COSTS | $2,968.03 | $1,932.83 | $1,035.20 |

Cost incurred for deposition actually used by counsel are taxable.  Incidental costs, including expenses incurred for travel by counsel to the deposition, were not allowed.

| | | | |
|---|---|---|---|
| III. WITNESS FEES | $397.16 | 0 | $397.16 |

Cost for witness that actually testified will be allowed.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| IV. COPY COSTS | $12,168.03 | $10,952.03 | $1,216.00 |

Only costs incurred for copying of materials that were actually used in the case are taxable by the clerk. Costs for copying of materials during discovery are not taxable. It is the decision of the clerk that 10% of the general copying charges of $12,168.03 will be allowed.

Request for costs by Agilient was filed within the 20 days required by the rules.

Dated this ___9th___ day of MAY, 2006 .

*[signature]*

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2